IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN C. NIMMER, | |
|---|---|
| Plaintiff, | 4:18-CV-3123 |
| vs. | ORDER |
| HON. MICHAEL G. HEAVICAN, et al., | |
| Defendants. | |

IT IS ORDERED:

1. The Clerk of the Court is directed to accept the plaintiff's notice of appeal pursuant to NECivR 5.1(b) and (c).

2. The plaintiff's motion for leave to proceed on appeal *in forma pauperis* (filing 24) is granted, and the plaintiff's appeal shall be processed without payment of fees.

Dated this 5th day of July, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge